IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN E. ROSS,

       Plaintiff,                              CIV S-10-2810 GGH

       vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.                         <u>ORDER TO SHOW CAUSE</u>

_____/

       On November 2, 2010, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Pursuant to that order, within 15 days from the November 2, 2010 filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.

////

////

////

////

1

1  THEREFORE, plaintiff is ordered to show cause, within twenty-one (21) days,
2  why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
3  DATED: October 3, 2011

4  /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

5  GGH:076/Ross2810.osc.wpd