IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN E. ROSS,

     Plaintiff,                          CIV S-10-2810  GGH

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.                      <u>ORDER</u>

_____/

         On November 2, 2010, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Pursuant to that order, within 15 days from the November 2, 2010 filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court did not receive a proof of service showing that the defendant had been served, and the U.S. Marshal had no record of the documentation being filed with their office. As a result, an order to show cause was issued on October 4, 2011.

         Plaintiff, through counsel, has filed a response which indicates that although he did read the court's scheduling order, he has not read this court's order of November 2, 2010 granting in forma pauperis status, (dkt. no. 3), which contained a directive as repeated in the order to show cause, which he apparently did read, to wit:

1

1  4.  Within fifteen days from the date of this order, plaintiff shall submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order and a completed USM-285 form and *shall file a statement with the court that said documents have been submitted to the United States Marshal.*

Accordingly, IT IS ORDERED that: within fifteen (15) days of this order, plaintiff shall submit the aforementioned documents to the United States Marshal, and file a statement with the court that said documents have been submitted.  Failure to comply with this order may result in a dismissal of the action.

DATED: October 14, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Ross2810.ord.wpd