1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                       **SACRAMENTO DIVISION**

13

14  GLENN E. ROSS,              )   CIVIL NO.: 2:10-cv-02810-GGH
                                )
15      Plaintiff,              )   STIPULATION AND ORDER TO EXTEND
                                )   TIME
16                              )
            v.                  )
17                              )
    MICHAEL J. ASTRUE,          )
18  Commissioner of             )
    Social Security,            )
19                              )
20      Defendant.              )
    _____)
21

22

23      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that the time for Defendant to file his Answer be extended from February 1, 2012, to April 13,

25  2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.

26  This extension is needed to produce the Certified Administrative Record which will be utilized by both

27  parties.

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: January 30, 2012  /s/ *Thomas E. Beltran*
(As authorized via e-mail on 1/26/12 at 3:11 p.m.)
THOMAS E. BELTRAN
Attorney for Plaintiff

Dated: January 30, 2012  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED; No further extensions.

Dated: January 31, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE