1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12
                              **SACRAMENTO DIVISION**
13

14  GLENN E. ROSS,                    )    CIVIL NO.: 2:10-cv-02810-GGH
                                      )
15       Plaintiff,                   )    STIPULATION AND ORDER FOR
                                      )    REMAND PURSUANT TO SENTENCE SIX
16       v.                           )    OF 42 U.S.C. § 405(g)
                                      )
17                                    )
    MICHAEL J. ASTRUE,                )
18  Commissioner of                   )
19  Social Security,                  )
                                      )
20       Defendant.                   )
                                      )
21  _____ )

22

23       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24  record, that this action be remanded to the Commissioner of Social Security for further administrative

25  action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

26  six.

27  \\\\\

28

Meaningful review of this case is not possible because the Appeals Council has notified agency counsel that the recording of Plaintiff's hearing, held on March 9, 2007, and the claim file of the Administrative Law Judge's (ALJ) decision, dated August 29, 2007, cannot be located. Upon receipt of the remand order, the Appeals Council will attempt to re-create the complete record. If the Appeals Council is unable to do so, the Appeals Council will remand the case to an ALJ and direct the ALJ to reconstruct the record, and to offer Plaintiff a new hearing and issue a new decision. If appropriate, the Commissioner will reinstate the action in this Court when the record is complete, and Plaintiff should be afforded the opportunity to file an amended complaint at that time.

Respectfully submitted,

Dated: April 12, 2012           /s/ *Thomas E. Beltran*
                                (As authorized via e-mail on 4/12/12 at 1:19 p.m.)
                                THOMAS E. BELTRAN
                                Attorney for Plaintiff


Dated: April 12, 2012           BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     */s/ Lynn M. Harada*
                                LYNN M. HARADA
                                Special Assistant United States Attorney

                                Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: April 25, 2012

                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Remand; 2:10-cv-02810-GGH        2