1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12
                         **SACRAMENTO DIVISION**
13

14 | GLENN E. ROSS,                    )   CIVIL NO.: 2:10-cv-02810-GGH
                                       )
15 |     Plaintiff,                    )   STIPULATION AND ORDER FOR
                                       )   REMAND PURSUANT TO SENTENCE SIX
16 |         v.                        )   OF 42 U.S.C. § 405(g)
                                       )
17 |                                   )
   | MICHAEL J. ASTRUE,                )
18 | Commissioner of                   )
19 | Social Security,                  )
                                       )
20 |     Defendant.                    )
                                       )
21   _____

22
        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
   record, that this action be remanded to the Commissioner of Social Security for further administrative
24
   action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence
25
   six.
26
27 \\\\\
28

Meaningful review of this case is not possible because the Appeals Council has notified agency counsel that the recording of Plaintiff's hearing, held on March 9, 2007, and the claim file of the Administrative Law Judge's (ALJ) decision, dated August 29, 2007, cannot be located.  Upon receipt of the remand order, the Appeals Council will attempt to re-create the complete record.  If the Appeals Council is unable to do so, the Appeals Council will remand the case to an ALJ and direct the ALJ to reconstruct the record, and to offer Plaintiff a new hearing and issue a new decision.  If appropriate, the Commissioner will reinstate the action in this Court when the record is complete, and Plaintiff should be afforded the opportunity to file an amended complaint at that time.

Respectfully submitted,

Dated: April 12, 2012

/s/ *Thomas E. Beltran*
(As authorized via e-mail on 4/12/12 at 1:19 p.m.)
THOMAS E. BELTRAN
Attorney for Plaintiff

Dated: April 12, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 25, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Remand; 2:10-cv-02810-GGH          2